UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT GORDON, Receiver
of Legisi Marketing Inc., et al.,

        Plaintiff,                     Case No. 11-13837
                                             HON. GEORGE CARAM STEEH

vs.

BRIAN K. ZELENAK,

        Defendant.

_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE [#5]

On January 4, 2012, this court entered an order to show cause why this case should not be dismissed for failure to prosecute. Plaintiff has filed a response to the order to show cause. In his response, plaintiff indicates that he has been contacted by a California attorney on behalf of defendant. Counsel for defendant has not appeared in this action, however plaintiff and defendant's counsel are attempting to negotiate a resolution of this matter. Plaintiff requests an additional forty-five (45) days within which to either conclude his negotiations with the defendant or move for entry of a default judgment if defendant does not file an answer to the complaint.

Accordingly,

This court's order to show cause [#5] is dismissed. On or before March 12, 2012, plaintiff shall file a stipulated order of dismissal or move for entry of default if defendant fails

to file a written answer.

SO ORDERED.

Dated: January 25, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 25, 2012, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk

---