UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT D. GORDON, Receiver of
Legisi Marketing, Inc., et al.,

        Plaintiff,

Case No. 11-13837
Hon. George Caram Steeh

v.

BRIAN K. ZELENAK,

        Defendant.
_____/

## **DEFAULT JUDGMENT**

This matter came before the Court on Plaintiff's Motion for Entry of Default Judgment. The Court is fully advised and orders and adjudges as follows:

1. Judgment is hereby entered in favor of Plaintiff, Robert D. Gordon, as the Receiver of Legisi Holdings, LLC, et al., and against Defendant Brian K. Zelenak, in the amount of $33,350.69, plus costs in the amount of $350, for a total judgment of $33,700.69.

2. This Default Judgment disposes of all the claims of all the parties, is a final judgment, and closes the case.

SO ORDERED.

                                              s/George Caram Steeh

                                              United States District Judge

Dated: April 19, 2012

7749461.1 30711/122570